

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2019

No. 04-19-00061-CV

**EX PARTE DAN LAMAR COGDELL**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCM-18-0000259
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The appellant's motion for abatement is hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court